Demarest *v.* Demarest.

ABRAHAM DEMAREST et al., executors, &c., respondents,

*v.*

ROBERT S. DEMAREST et al., appellants.

[Argued November 27th, 1903.  Decided February 29th, 1904.
Filed March 1st, 1904.]

On appeal from a decree advised by Vice-Chancellor Emery.

*Mr. William H. Corbin,* for the appellants.

*Mr. Christopher Christie,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion of Vice-Chancellor Emery filed in the court of chancery.

*For affirmance*—DIXON, HENDRICKSON, PITNEY, SWAYZE, VREDENBURGH, GREEN—6.

*For reversal*—THE CHIEF-JUSTICE, GARRISON, FORT, BOGERT, VROOM, GRAY—6.